# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

139582(73)

PATRICIA PAQUETTE, Guardian and
Conservator of RICHARD PAQUETTE, a
Legally Incapacitated Person,
          Plaintiff-Appellee,

v

SC: 139582
COA: 279909
Macomb CC: 2004-002787-NO

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
          Defendant-Appellant,

and

ARVILLA WOODS, SHANNE SMITH, and
MARISSA GIBBONS,
          Defendants.

_____/

On order of the Court, the motion for reconsideration of this Court's October 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

d0228